# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**  Chapter 13

Amanda Steinhebel  Case No. 17-52763

Hon. Phillip Shefferly

      Debtor(s).  /

## NOTICE OF DEBTOR'S VOLUNTARY CONVERSION OF BANKRUPTCY CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. §1307(a), the above-named Debtor(s) requests that this Court enter an Order converting this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code), on the grounds set forth below.

1. On September 11, 2017 the above-named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. Debtor's Chapter 7 Bankruptcy Case was subsequently converted to a case under Chapter 13 of the Bankruptcy Code on November 29, 2017.

**WHEREFORE**, Debtor prays for an Order converting this case filed under Chapter 13 to Chapter 7 of the Bankruptcy Code.

    /s/ Amanda Steinhebel
    Amanda Steinhebel
    Debtor

Dated: May 7, 2019  /s/ Ryan B. Moran
    Ryan B. Moran (P70753)
    Attorney for Debtor
    Moran Law
    25600 Woodward Ave.; Ste. 201
    Royal Oak, MI 48067
    (248) 246-6536
    rmoran@moranlaw.com